IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR252 |
| | ) | |
| v. | ) | |
| | ) | |
| REFUGIO M. PEREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is defendant's Motion for Permission to Travel to Mexico [32].  A hearing was held on September 18, 2009 and the court found that the motion should be granted.

IT IS ORDERED that the Motion for Permission to Travel to Mexico [32] is granted. Defendant is given leave to travel to the State of Durango, Mexico for the period of September 18, 2009 through October 3, 2009.

DATED this 18th day of September, 2009.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge