## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 8:09CR252** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **REFUGIO PEREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This case is before the court on the Motion of defendant's attorney, James Martin Davis, to withdraw (#67). The motion is denied.

A review of the docket in this case shows that defendant's counsel is retained, having entered his appearance on June 25, 2009 (#9). While defendant's attorney lists three reasons why his withdrawal should be granted none of the reasons, individually or in total, would justify the withdrawal of retained counsel.

**IT IS ORDERED:**

1. Defendant Refugio Perez's attorney's Motion to Withdraw (#67) is denied.

2. A party may object to a magistrate judge's order by filing a "Statement of Objections to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

Dated this 26th day of June 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge