IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:09CR252 |
| vs. | ORDER |
| REFUGIO M. PEREZ, | |
| Defendant. | |

This matter is before the Court on the Motion filed by the defendant requesting counsel (Filing No. 103) dated November 3, 2015. The motion for appointment of counsel will be granted. Accordingly,

**IT IS ORDERED:**

Assistant Federal Public Defender **Michael F. Maloney** is appointed to represent the above named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file an appearance in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Michael F. Maloney.

DATED this 6th day of November, 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge