# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR252 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| REFUGIO PEREZ, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion to Recover Seized Property Pursuant to Fed. R. Crim. P. Rule 41(g) (Filing No. 119).

IT IS ORDERED that the Government shall respond the Defendant's Motion to Recover Seized Property Pursuant to Fed. R. Crim. P. Rule 41(g) (Filing No. 119) on or before June 10, 2016.

DATED this 23rd day of May, 2010.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge