IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>REFUGIO M. PEREZ,<br><br>                  Defendant. | 8:09-CR-252<br><br>**ORDER DENYING REQUEST FOR OUT-OF-COUNTRY TRAVEL** |

      This matter is before the Court on Defendant's request to travel to Mexico to visit family while he is on supervised release. Filing 131. The Court appreciates that the defendant has complied with the conditions of his supervision in the year since his release from prison. However, the defendant's crimes were serious, and the Court is especially troubled by the defendant's history with absconding while under supervision.

      While on pretrial release in this case, Defendant was given permission to travel to and briefly extend his stay in El Paso, Texas to attend to family immigration matters. Filing 56. Defendant absconded and missed his change of plea hearing. Filing 62. He ceased contact with his probation officer on March 15, 2010 and was not heard from again until his arrest in the Southern District of Texas on March 29, 2014. Filing 62.

      In short, the Court is not inclined to allow international travel for an offender who has once before absconded for four years without warning while under the District of Nebraska's supervision. Accordingly,

      IT IS ORDERED:

  1. Defendant's request to travel to Mexico while under supervision, Filing 131, is denied; and

2

2. The Clerk of the Court is directed to mail a copy of this order to the defendant at his last known address.

Dated this 27th day of January, 2022.

                                        BY THE COURT:

                                        _____
                                        Brian C. Buescher
                                        United States District Judge